UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROD L. BAHN, | Case No.  2:25-cv-0169-JDP |
| Plaintiff, | |
| v. | ORDER |
| FORD MOTOR COMPANY, | |
| Defendant. | |

Plaintiff has filed a motion for administrative relief that requests the scheduling order be modified to extend the deadline for completion of discovery.  ECF No. 7.  He explains that a brief extension is needed to complete depositions.  Defendant has filed an opposition to plaintiff's motion.

Plaintiff's motion demonstrates good cause for the requested modification of the scheduling order.  The motion is therefore granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for administrative relief, ECF No. 7, is GRANTED.

2. The deadline for completion of fact discovery is extended to April 24, 2026.

3.  All dispositive motions shall be heard by June 25, 2026.

IT IS SO ORDERED.

Dated:    March 24, 2026   

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE