UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROD L. BAHN,

            Plaintiff,

    v.

FORD MOTOR COMPANY,

            Defendant.

Case No.  2:25-cv-0169-JDP

ORDER

Motion practice has concluded, and claims remain.  The court will hold a status conference on August 20, 2026, at 10:00 a.m.  No later than fourteen days before the conference, the parties shall file status reports discussing: any practical limitations on going to trial at this juncture, proposed dates for the pretrial conference and trial, estimated trial length, and any other measure that would secure speedy and efficient resolution of this case.

Accordingly, it is hereby ORDERED that:

1. A status conference is set for August 20, 2026, at 10:00 a.m.  The conference will be conducted via Zoom.

1

2.  By no later than August 6, 2026, the parties shall file status reports addressing the matters identified above.

IT IS SO ORDERED.

Dated:    July 8, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE